```
 1  Larry E. Cook (State Bar No. 122776)
    CASPER, MEADOWS, SCHWARTZ & COOK
 2  A Professional Corporation
    California Plaza
 3  2121 North California Blvd., Suite 1020
    Walnut Creek, California  94596
 4  Telephone:   (925) 947-1147
    Facsimile:   (925) 947-1131
 5
    Attorneys for Plaintiffs
 6  PHILIP J. CRANE and LORRAINE A. CRANE
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP J. CRANE and LORRAINE A. CRANE,<br><br>        Plaintiffs,<br><br>    vs.<br><br>KAG WEST, LLC; KAG LOGISTICS, INC.; KENAN ADVANTAGE GROUP HOLDINGS CORP.; KAG LEASING, INC. and DOES 1 TO 30,<br><br>        Defendants. | Case No.  C 10-00506 MHP<br><br>STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>5/14/2010 |

IT IS HEREBY STIPULATED by and between the parties herein, through their respective counsel, that the Case Management Conference scheduled on May 17, 2010 is continued to ~~June 14~~ **July 12**, 2010 at 4:00 p.m.

Dated: May 12, 2010

_____
Larry E. Cook
CASPER, MEADOWS, SCHWARTZ & COOK
Attorneys for Plaintiffs

Dated: May 12, 2010

_____
Susan A. Watson
HARRINGTON, FOXX, DUBROW & CANTER LLP
Attorneys for Defendants

///

**IT IS SO ORDERED**
Judge Marilyn H. Patel
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)

Stipulation And Order To Continue Case Management Conference                                    Page 1

CASPER, MEADOWS
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

1  IT IS SO ORDERED:

2

3  Dated:_____                    _____
4                                                          Honorable Marilyn Hall Patel

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASPER, MEADOWS
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131

Stipulation And Order To Continue Case Management Conference                     Page 2