SUSAN A. WATSON, State Bar No. 67954
HARRINGTON, FOXX, DUBROW & CANTER, LLP
655 Montgomery Street, Suite 1100
San Francisco, California 94111
Telephone (415) 288-6600
Facsimile (415) 288-6618

swatson@hfdclaw.com

Attorneys for Defendants
KAG WEST, LLC; KAG LOGISTICS, INC.;
KENAN ADVANTAGE GROUP HOLDINGS CORP.;
and KAG LEASING, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP J. CRANE and LORRAINE A. CRANE<br><br>    Plaintiffs<br><br>vs.<br><br>KAG WEST, LLC; KAG LOGISTICS, INC.; KENAN ADVANTAGE GROUP HOLDINGS CORP.; KAG LEASING, INC. and Does 1 to 30<br><br>    Defendants. | Case No. C 10-00506 MHP<br><br>**STIPULATION AND ORDER TO CONTINUE DATE OF DESIGNATION OF EXPERTS** |

## **STIPULATION**

Whereas the date for expert designation in this matter is currently set for December 3, 2010, and the date for trial is set for April 26, 2011;

Whereas the parties have been actively engaging in settlement discussions since mediation was conducted in this matter on July 8, 2010, and have been making significant progress in those discussions, and agree that holding further discussions before further expenditures, including the designation of experts, would be helpful to the settlement process;

Therefore the parties by and through their respective counsel herein stipulate to continue the date for designation of experts for 14 days to December 17, 2010.

Dated:  November 29, 2010                         HARRINGTON, FOXX, DUBROW & CANTER, LLP

By:     /s/ Susan A. Watson
        SUSAN A. WATSON
        Attorneys for Defendants KAG WEST, LLC;
        KAG LOGISTICS, INC.; KENAN
        ADVANTAGE GROUP HOLDINGS CORP.;
        and KAG LEASING, INC.

Dated: November 29, 2010                          CASPER, MEADOWS, SCHWARTZ & COOK

By:     /s/ Larry E. Cook
        LARRY E. COOK
        Attorneys for Plaintiffs
        PHILIP J. CRANE and
        LORRAINE A. CRANE

**ORDER**

Based on the foregoing Stipulation and good cause appearing therefore, the deadline for designation of experts is extended to December 18, 2010.

Date:  December __1__, 2010

IT IS SO ORDERED

MARILYN H. PATEL
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Marilyn H. Patel]*

CASE\KAG.3487\Pleadings\Pleadings - Federal\StipExtExprtDesignation      2
STIPULATION AND ORDER TO CONTINUE DATE OF DESIGNATION OF EXPERTS