1  SUSAN A. WATSON, State Bar No. 67954
   HARRINGTON, FOXX, DUBROW & CANTER, LLP
2  655 Montgomery Street, Suite 1100
   San Francisco, California 94111
3  Telephone (415) 288-6600
   Facsimile (415) 288-6618
4

5  swatson@hfdclaw.com

6  Attorneys for Defendants
   KAG WEST, LLC; KAG LOGISTICS, INC.;
7  KENAN ADVANTAGE GROUP HOLDINGS CORP.;
   and KAG LEASING, INC.
8

9
                 IN THE UNITED STATES DISTRICT COURT
10
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12
   PHILIP J. CRANE and LORRAINE A. CRANE          Case No. C 10-00506 MHP
13
            Plaintiffs                            **STIPULATION AND ORDER FOR
14                                                DISMISSAL WITH PREJUDICE**
   vs.
15
   KAG WEST, LLC; KAG LOGISTICS, INC.;
16 KENAN ADVANTAGE GROUP HOLDINGS
   CORP.; KAG LEASING, INC. and Does 1 to 30
17
            Defendants.
18

19

20      TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS

21

22      PHILIP J. CRANE and LORRAINE A. CRANE, plaintiffs to this action, hereby stipulate to the

23 dismissal with prejudice of KAG WEST, LLC; KAG LOGISTICS, INC.; KENAN ADVANTAGE

24 GROUP HOLDINGS CORP.; and KAG LEASING, INC. from the above referenced action filed by

25 PHILIP J. CRANE and LORRAINE A. CRANE against KAG WEST, LLC; KAG LOGISTICS, INC.;

26 KENAN ADVANTAGE GROUP HOLDINGS CORP.; and KAG LEASING, INC.

27 ///

28 ///

CASE\KAG.3487\Pleadings\Pleadings - Federal\Stip-Disml and Order          1
                        STIPULATION AND ORDER OF DISMISSAL

1    This stipulation for dismissal is made pursuant to a FULL RELEASE OF ALL CLAIMS.

2    The parties further stipulate that each party is to bear his/her/its own costs and attorneys fees.

3

4    IT IS SO STIPULATED:

5

6

7    DATED: December 14, 2010          HARRINGTON, FOXX, DUBROW & CANTER, LLP

8

9                                      By:   /s/Susan A. Watson
                                             SUSAN A. WATSON
10                                           Attorneys for KAG WEST, LLC; KAG
                                             LOGISTICS, INC.; KENAN ADVANTAGE
11                                           GROUP HOLDINGS CORP.; and KAG
12                                           LEASING, INC.

13

14

15   DATED: December 14, 2010          CASPER, MEADOWS, SCHWARTZ AND COOK

16

17                                     By:   /s/ Larry E. Cook
                                             LARRY E. COOK
18                                           Attorneys for PHILIP J. CRANE and
                                             LORRAINE A. CRANE
19

20

21   IT IS SO ORDERED:

22

23   DATED: December ____, 2010        By: _____
         January 3, 2011
24                                           MARILYN
                                             JUDGE O...              DISTRICT
25                                           COURT...

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

26

27

28